No. 81–150. NORTHERN PIPELINE CONSTRUCTION CO. *v.* MARATHON PIPE LINE CO. ET AL.; and

No. 81–546. UNITED STATES *v.* MARATHON PIPE LINE CO. ET AL. D. C. Minn. [Probable jurisdiction noted, 454 U. S. 1029.] Motion of Beneficial Corp. for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument denied. Motion of Commercial Law League of America to reconsider order denying motion for leave to participate in oral argument as *amicus curiae* denied.

No. 81–213. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* HOGAN ET AL. D. C. Mass. [Probable jurisdiction noted, 454 U. S. 891.] Motion of the Solicitor General to permit George W. Jones, Esquire, to present oral argument *pro hac vice* granted.

No. 81–280. GENERAL BUILDING CONTRACTORS ASSN., INC. *v.* PENNSYLVANIA ET AL.;

No. 81–330. UNITED ENGINEERS & CONSTRUCTORS, INC. *v.* PENNSYLVANIA ET AL.;

No. 81–331. CONTRACTORS ASSOCIATION OF EASTERN PENNSYLVANIA ET AL. *v.* PENNSYLVANIA ET AL.;

No. 81–332. GLASGOW, INC. *v.* PENNSYLVANIA ET AL.; and

No. 81–333. BECHTEL POWER CORP. *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. [Certiorari granted, 454 U. S. 939.] Motion of Black Economic Survival for leave to file a brief as *amicus curiae* out of time denied.

No. 81–334. ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC. *v.* CALIFORNIA STATE COUNCIL OF CARPENTERS ET AL. C. A. 9th Cir. [Certiorari granted, 454 U. S. 1141.] Motion of Associated General Contractors of America, Inc., for leave to file a brief as *amicus curiae* granted.